[No. 5693.  Decided December 28, 1905.]
THOMAS DOUGLAS, *Respondent*, v. LA RICA CONSOLIDATED, *Appellant*.[1]

Appeal from an order of the superior court for Chelan county, Steiner, J., entered March 3, 1905.  Reversed.

*Smith & Cole*, for appellant.
*Frank Reeves* and *Reeves & Reeves*, for respondent.

PER CURIAM—The facts in this case are substantially the same as those in *Douglas v. Badger State Mine*, ante p. 266, 83 Pac. 178, and controlled by the same principles.  Upon the authority of that case, the judgment of the trial court in this cause is reversed.

---

[No. 5858.  Decided January 9, 1906.]
W. H. HARRIS *et al.*, *Appellants*, v. THE CITY OF TACOMA, *Respondent*.[2]

Appeal from a judgment of the superior court for Pierce county, Huston, J., entered January 31, 1905.  Reversed.

*Emmett N. Parker* and *W. H. Harris*, for appellants.
*O. G. Ellis, J. J. Anderson*, and *R. E. Evans*, for respondent.

PER CURIAM.—This case was submitted with the case of *Harris v. Tacoma*, 39 Wash. 185, 81 Pac. 691, under a stipulation that the same disposition should be made of it as the court should make of that case.  Pursuant to the stipulation, therefore, it is ordered that the judgment appealed from be reversed, and the cause remanded with instructions to reinstate the appeal.

---

[No. 5503.  Decided February 24, 1906.]
PLUMA M. HARRIS, *Appellant*, v. ANNIE LEVEY *et al.*, *Respondents*.[3]

Appeal from a judgment of the superior court for King county, Bell, J., entered June 20, 1904.  Appeal dismissed.

*E. F. Kienstra*, for appellant.
*George E. de Steiguer* and *R. R. George*, for respondents.

ON PETITION FOR REHEARING.[4]
PER CURIAM.—In this case a petition for a rehearing, accompanied by a strong argument, was filed and a rehearing granted.  After a careful reconsideration of the questions involved, a majority of the members of the court feel that no change should be made in the decision heretofore rendered.  The appeal will therefore be dismissed.

[1]Reported in 83 Pac. 182.
[2]Reported in 83 Pac. 1119.
[3]Reported in 84 Pac. 607.
[4]NOTE.  For former opinion, see 39 Wash. 158, 81 Pac. 550.  REP.